ACCEPTED
03-13-00025-CV
4665136
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/26/2015 8:48:51 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00025-CV

𝔍𝔫 𝔱𝔥𝔢 𝔗𝔥𝔦𝔯𝔡 𝔠𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

𝔄𝔲𝔰𝔱𝔦𝔫, 𝔗𝔢𝔵𝔞𝔰

**Jerry Scarbrough,** *et al*
**Appellant**

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/26/2015 8:48:51 PM

JEFFREY D. KYLE
Clerk

**v.**

**Helen Purser,** *et al.*
**Appellee**

## On Appeal from the 146th Judicial District Court of Bell County, Cause No. 236,117-B

## NOTICE OF ADDRESS CHANGE

TO THE HONORABLE COURT & ALL COUNSEL:

Counsel for the Appellants will be changing their address to the below indicated address immediately.  We are looking forward to our new, larger office.

Respectfully submitted,

_____/s/ MB CHIMENE_____

THE CHIMENE LAW FIRM
2827 Linkwood Dr.
Houston, TX. 77025-3809
(832) 804-9018
No fax available
michelec@airmail.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above Notice was sent this day, March 26th, 2015 to the following by ECF and certified mail:

Daryl L. Moore
1005 Heights Blvd.
Houston, TX. 77008

_____/s/ MB CHIMENE_____